Honorable Judge Barbara J. Rothstein

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KALI CHANIK,

          Plaintiff,

     v.

LYNDEN SCHOOL DISTRICT, a
government entity; JULIE CLIFT
(individually and as an agent of Lynden
School District); and IAN FREEMAN
(individually and as an agent of Lynden
School District),

          Defendants.

No. 2:23-cv-1710

STIPULATED ORDER OF
DISMISSAL OF ALL CLAIMS

9

10

11

12

13

14

15

16

17

18

19

     The parties, through their undersigned counsel, hereby notify the Court that this matter has been settled.  Accordingly, the parties now request that this Court enter the following stipulation and close this case.

     IT IS HEREBY STIPULATED AND AGREED by all of the parties through their undersigned counsel, that this action, including all claims, counterclaims, and cross-claims, is dismissed with prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

20

21

22

23

///

24

///

25

///

STIPULATED ORDER OF DISMISSAL OF ALL
CLAIMS - 1
2:23-cv-1710
Order of Dismissal Copy_

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

1    IT IS FURTHER STIPULATED AND AGREED that each party is to bear his, her, or

2    its own costs and attorneys' fees.

3    **IT IS SO ORDERED:**

4    DATED this 25th day of January 2024.

5

6

7    _Barbara J Rothstein_

8    Barbara Jacobs Rothstein
     U.S. District Court Judge

9

10   Presented By:

11   PATTERSON BUCHANAN
     FOBES & LEITCH, INC., P.S.

12

13
     By:_____
14       Patricia K. Buchanan, WSBA 19892
         Jason A. Burt, WSBA 51145
15       Attorneys for LYNDEN SCHOOL DISTRICT
         AND IAN FREEMAN
16       1000 Second Ave., 30th Floor
         Seattle, WA  98104
17       pkb@pattersonbuchanan.com
         jburt@pattersonbuchanan.com
18

19   PREG O'DONNELL & GILLETT

20   By:___/s/Mark F. O'Donnell_____
         Mark F. O'Donnell, WSBA 13606
21       Attorney for JULIE CLIFT
         901 5th Ave Ste 3400
22       Seattle, WA 98164
         modonnell@pregodonnell.com
23

24   BESCHEN LAW PLLC

25   By:___/s/Emily Beschen_____
         Emily C. Beschen, WSBA 43813
         Attorney for KALI CHANIK

STIPULATED ORDER OF DISMISSAL OF ALL
CLAIMS - 2

2:23-cv-1710
Order of Dismissal Copy_

103 E Holly St Ste 512
Bellingham, WA 98225
Emily@beschenlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24th, 2024, I electronically filed the foregoing, including any attachments, with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Ms. Emily Beschen<br>103 E. Holly Street, Suite 512<br>Bellingham, WA  98225-4728<br>emily@beschenlaw.com | ■ ECF notification |
| Mr. Mark F. O'Donnell<br>901 5th Ave Ste 3400<br>Seattle, WA 98164<br>modonnell@pregodonnell.com | ■ ECF notification |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of January 2024, at Seattle, Washington.

_s/Louis Kim Jr_
Louis Kim Jr

STIPULATED ORDER OF DISMISSAL OF ALL
CLAIMS - 3
2:23-cv-1710
Order of Dismissal Copy_

**PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701